UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HUDSON, JR.,

       Plaintiff,                      Case No. 13-12050

v.                                     Hon. Nancy G. Edmunds

GENESEE INTERMEDIATE SCHOOL
DISTRICT, et al.,

       Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [15] AND GRANTING DEFENDANTS'
MOTION TO DISMISS [9]**

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation [15]. Being fully advised in the premises and having reviewed the record and the pleadings, including Plaintiff's Objections, the Court finds that the Magistrate reached the correct conclusion in the Report and Recommendation. Accordingly, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendants' motion to dismiss [9] is GRANTED, and Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

      SO ORDERED.

                                S/Nancy G. Edmunds
                                Nancy G. Edmunds
                                United States District Judge

Dated: November 25, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 25, 2013, by electronic and/or ordinary mail.

                                S/Johnetta M. Curry-Williams
                                Case Manager
                                Acting in the Absence of Carol A. Hemeyer